EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Sharlene M. Ballesteros La Salle | 2015 TSPR 111 <br><br> 193 DPR ____ |

Número del Caso: TS-16,444

Fecha: 11 de agosto de 2015

Abogado del peticionario:

> Lcda. Carmen I. Navas
> Procuradora del Abogado
> Colegio de Abogados

Materia: Reinstalación al ejercicio de la abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

*In re*:

Sharlene M. Ballesteros La Salle

TS-16,444

*RESOLUCIÓN*

En San Juan, Puerto Rico, a 11 de agosto de 2015.

Examinada la Moción informativa en cumplimiento de Resolución presentada por la querellada Sharlene M. Ballesteros La Salle, se autoriza la reinstalación de la señora Ballesteros La Salle al ejercicio de la abogacía.

Se refiere a la Procuradora General de Puerto Rico la queja AB-2011-301 para su investigación.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

El Juez Asociado señor Martínez Torres disintió e hizo constar la siguiente expresión:

De conformidad con mi posición constante en estos casos, dejaría pendiente la solicitud de reinstalación al ejercicio de la abogacía y en su lugar referiría la queja AB-2011-301 a la Procuradora General para que esta rinda su informe. Una vez adjudiquemos si esa queja tiene

méritos estaríamos en posición de evaluar la solicitud de reinstalación.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo